UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

| | |
|---|---|
| IN RE: | Case No.: 26-35659-kyp |
| Nellie T Gleaton, | Chapter 13 |
| Debtor | Judge: Kyu Young Paek |

---------------------------------------------------------X

**OBJECTION TO CONFIRMATION OF PLAN**

**TO: THE HONORABLE KYU YOUNG PAEK
UNITED STATES BANKRUPTCY JUDGE**

SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust ("Secured Creditor"), the holder of a mortgage on real property of the Debtor, by and through its undersigned attorneys, hereby objects to the confirmation of the Chapter 13 Plan on grounds including:

1. The Court has jurisdiction over this objection pursuant to 28 U.S.C. §157(b)(2)(L), 28 U.S.C. §1334, and 11 U.S.C. §§1322 and 1325. This is a core proceeding.

2. Secured Creditor is the holder of a Note and Mortgage, dated July 30, 2009, in the original principal amount of $291,227.00, with respect to debtor's real property located at 1 San Giacomo Drive, New Windsor, NY 12553.

3. Debtor`s proposed plan is insufficient to provide for the claim of Secured Creditor as it only seeks to cure arrears of $20,000. The objecting creditor is due arrears of approximately $228,945.62 to be set forth in a Claim to be filed by the Claims Deadline.

4. In the event any portion of the claim is deemed to be an unsecured claim as defined

by the Code, objection is hereby made pursuant to 11 U.S.C. 1325(a)(4) and 1325(b), *et seq.* unless the plan provides for full payment of the claim.

Dated: July 21, 2026
Garden City, New York

Respectfully submitted,

By: /s/ Michael Rozea

Michael Rozea, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

| | |
|---|---|
| IN RE: | Case No.: 26-35659-kyp |
| Nellie T Gleaton, | Chapter 13 |
| Debtor | Judge: Kyu Young Paek |

-----------------------------------------------------------X

**CERTIFICATE OF SERVICE OF OBJECTION TO CONFIRMATION OF PLAN**

I, Michael Rozea, Esq., an attorney duly admitted to practice law before the District Courts of the State of New York, respectfully certify that I am not a party to this action, am over 18 years of age and reside in the State of New York. On July 21, 2026, I caused to be served the foregoing **Objection to Confirmation** by mailing the same in a sealed envelope, with postage paid thereon, in an official depository of the United States Post Office, addressed to the last known address of the addressee(s) as indicated below:

Nellie T Gleaton
1 San Giacomo Dr.
New Windsor, NY 12553
Bankruptcy Debtor

Thomas C. Frost
Chapter 13 Standing Trustee
399 Knollwood Rd
Suite 102
White Plains, NY 10603
Bankruptcy Trustee

William W. Waldner
Law Office of William Waldner
469 7th Avenue, 12th Floor
New York, NY 10018
Attorney

U.S. Trustee
United States Trustee
Office of the United States Trustee
11A Clinton Ave.
Room 620
Albany, NY 12207
United States Trustee

By: /s/ Michael Rozea
Michael Rozea, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com